IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| OSMAN FLORENCIO PABLO ALVAREZ, | : | |
| Petitioner, | : | No. 2:26-cv-01688 |
| | : | |
| vs. | : | |
| | : | |
| J.L. JAMISON, Warden of Federal Detention | : | |
| Center, Philadelphia, JOHN E. RIFE, Acting | : | |
| Philadelphia Field Office Director, United | : | |
| States Immigration and Customs | : | |
| Enforcement; TODD M. LYONS, Acting | : | |
| Director of Immigration & Customs | : | |
| Enforcement, and PAMELA BONDI, in her | : | |
| official capacity as Attorney General of the | : | |
| United States, | : | |
| Respondents. | | |

**ORDER**

**AND NOW**, this 17th day of March 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) filed by the Petitioner, a Rule to Show Cause is hereby issued upon

the Government to show cause, in a written response filed on the docket by Thursday, March 19,

2026, why the said Petition should not be granted.

It is further **ORDERED** that the Government shall not transfer Petitioner outside of the

district of this Court while the above-captioned habeas corpus petition is pending.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**JOHN MILTON YOUNGE, J.**