**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Osman Florencio Pablo Alvarez,           :

                                  :          CIVIL ACTION

          v.                    :

                                  :          NO.  26-1688-JMY

J. L. Jamison, *et al.*,                :

## ORDER FOR CONFERENCE (VIDEO)

**AND NOW**, this 2<u>3rd</u> day of March, 2026, it is **ORDERED** that a conference with the Court will be held on **Tuesday, March 24, 2026, at 10:00 a.m**.  Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

**BY THE COURT:**

 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**