## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| OSMAN FLORENCIO PABLO ALVAREZ, | : | |
| Petitioner, | : | No. 2:26-cv-01688 |
| | : | |
| vs. | : | |
| | : | |
| J.L. JAMISON, Warden of Federal Detention | : | |
| Center, Philadelphia, JOHN E. RIFE, Acting | : | |
| Philadelphia Field Office Director, United | : | |
| States Immigration and Customs | : | |
| Enforcement; TODD M. LYONS, Acting | : | |
| Director of Immigration & Customs | : | |
| Enforcement, and PAMELA BONDI, in her | : | |
| official capacity as Attorney General of the | : | |
| United States, | | |
| Respondents. | | |

### ORDER

**AND NOW**, this 23rd day of March 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) filed by the Petitioner, the Government's failure to respond to the

Court's March 17, 2026 Order to Show Cause, and the Government's email to the Court

indicating the lack of knowledge for the whereabouts of the Petitioner, it is hereby **ORDERED**

that the Government locate Petitioner and provide a status report on his location to the Court no

later than March 24, 2026.

It is further **ORDERED** that the Government shall not transfer Petitioner outside of the

district of this Court while the above-captioned habeas corpus petition is pending. If the

Petitioner has been transferred outside of the district, the Government shall return Petitioner

while his habeas corpus petition is pending.

**IT IS SO ORDERED**.

**BY THE COURT:**

*/s/ John Milton Younge*
**JOHN MILTON YOUNGE, J.**